# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NELLIE F. RICE,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:13-2879 |
| v. | : | (MANNION, D.J.) |
| | | (COHN, M.J.) |
| **CAROLYN W. COLVIN,** | : | |
| Acting Commissioner of Social Security | : | |
| Defendant | : | |

## O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The unopposed report of Judge Cohn, (Doc. 19), is **ADOPTED**.

**(2)** The plaintiff's appeal of the decision of the Commissioner of Social Security, (Doc. 1), is **GRANTED**;

**(3)** The decision of the Commissioner is **REVERSED**;

**(4)** This case is **REMANDED** to the Commissioner who is directed to conduct further proceedings as specified in Judge Cohn's report;

**(5)** The Clerk of Court is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 4, 2015**